ALBERT D. COLEMAN, Respondent, *v.* J. L. MOTT IRON
WORKS, Appellant.

*Coleman* v. *Mott Iron Works,* 129 App. Div. 904, affirmed.
(Argued March 2, 1910; decided March 22, 1910.)

APPEAL from a judgment entered December 23, 1908,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, which reversed an
order of the Trial Term setting aside a verdict in favor of
plaintiff and granting a new trial and directed the reinstate-
ment of the verdict in an action to recover for personal
injuries alleged to have been sustained by plaintiff through
the negligence of defendant, his emplower.

*Frank V. Johnson* for appellant.

*M. L. Malevinsky* and *Frank A. Acer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, WERNER, WILLARD
BARTLETT and HISCOCK, JJ. Dissenting: CULLEN, Ch. J.
Absent: Chase, J.